The People of the State of New York, Respondent,
against
Byung Park, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Kevin B. McGrath, J.), rendered July 30, 2015, convicting him, upon a plea of guilty, of facilitating aggravated unlicensed operation of a motor vehicle in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Kevin B. McGrath, J.), rendered July 30, 2015, affirmed. 
The misdemeanor information was not jurisdictionally defective. It charged all the elements of aggravated unlicensed operation of a motor vehicle in the third degree (see Vehicle and Traffic Law § 511[1][a]). The information, including the prior Department of Motor Vehicles order revoking defendant's license and proof of mailing of such order to defendant's last known address, was sufficient to establish that defendant operated a motor vehicle on December 6, 2013, while knowing or having reason to know that his license had been revoked (see People v Abutiate, 59 Misc 3d 127[A], 2018 NY Slip Op 50372[U] [App Term, 1st Dept 2018], lv denied 31 NY3d 1077 [2018]; People v Thompson, 52 Misc 3d 145[A], 2016 NY Slip Op 51287[U] [App Term, 1st Dept 2016], lv denied 28 NY3d 1076 [2016]; People v Crawley, 32 Misc 3d 131[A], 2011 NY Slip Op 51334[U] [App Term, 1st Dept 2011], lv denied 19 NY3d 863 [2012]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 12, 2020